IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

JOSEPH JAMAL LEWIS,

    Plaintiff,

v.                                                       CASE NO. 1:16-cv-00175-MP-GRJ

SADIE DARNELL, JULIE LOHMAN,

    Defendants.

_____/

## O R D E R

    This cause comes on for consideration upon the Magistrate Judge's Report and Recommendation dated October 5, 2016. (Doc. 5). The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). Plaintiff has filed objections at Doc. 6. I have made a de novo review based on those objections.

    Having considered the Report and Recommendation, and the timely filed objections, I have determined that the Report and Recommendation should be adopted. In his objections, Plaintiff requests leave to amend his complaint. Because Plaintiff requests civil damages in connection with his current conviction, he is barred by the U.S. Supreme Court case *Heck v. Humphrey*, 512 U.S. 477, 486-87 (1994), which prevents state prisoners from pursuing § 1983 actions that would imply the invalidity of a plaintiff's conviction. Furthermore, the Eleventh Circuit held in *Mims v. Anderson*, 350 F. App'x 351 (11th Cir. 2009), that allowing a Plaintiff to amend his complaint when he's barred by *Heck v. Humphrey* would be futile.

Accordingly, it is hereby

**ORDERED AND ADJUDGED:**

1. The Magistrate Judge's Report and Recommendation, Doc. 5, is adopted and incorporated by reference in this order.

2. This case is **DISMISSED** and the clerk is directed to close the file.

**DONE AND ORDERED** this _4th_ day of November, 2016

       *s/Maurice M. Paul*
       Maurice M. Paul, Senior District Judge